UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1359
_____

CANDICE WATKINS, on behalf of herself, and all others similarly situated


v.

DINEEQUITY, INC.; APPLEBEE'S INTERNATIONAL, INC.,
d/b/a Applebee's Neighborhood Bar and Grill,
d/b/a International House of Pancakes, Inc., and
INTERNATIONAL HOUSE OF PANCAKES, LLC,
d/b/a IHOP

Candice Watkins,
 Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. Action No. 1-11-cv-07182)
District Judge: Honorable Jerome B. Simandle
_____

Argued November 7, 2013

Before: GREENAWAY, JR., VANASKIE, and ROTH, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on November 7, 2013. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Order of the District Court entered January 31, 2013 be and the same is hereby affirmed. Costs shall be taxed against Appellant. All of the above in accordance with the opinion of this Court.

                                                ATTEST:

                                                <u>s/Marcia M. Waldron</u>

                                                Clerk

Dated: November 7, 2014